FROM:
George metz
4980 SE 140th st
Summerfield FL
34491


ITEM X-RAYED BY
USMS

TO:
clerk of courts
85 Broad street
Charleston SC
29401


UNITED STATES POSTAL SERVICE   Retail
G   US POSTAGE PAID
$5.60   Origin: 34491
12/09/23
1187750924-02

USPS GROUND ADVANTAGE™
0 Lb 7.70 Oz
RDC 01

SHIP TO:
85 BROAD ST
CHARLESTON SC 29401-2202
C018

USPS TRACKING® #

9500 1102 8982 3343 8056 87



RECEIVED
2023 DEC 14  AM 10: 03



12 1/2" x 19" **XL**



Send It Your Way

Pick.   Pack.   Ship.

Visit **USPS.com**® for Shipping Supplies & Services