AUG 11 2025 AM 11:20
RCV'D - USDC G'VILLE SC

UNITED STATES DISTRICT COURT

FOR DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| GEORGE D METZ II, | ) |
| Plaintiff, | ) CASE NO. 9:23-cv-06511 |
| | ) |
| v. | ) |
| | |
| MICHAEL SMITH, | ) **PETITION FOR ENTRY** |
| | ) **OF DEFAULT BY CLERK OF COURT** |
| Defendant. | ) |
| | ) |

Comes now the Plantiff George D. Metz II by and though himself in a pro se capcity to petition for an entry of default by the clerk of courts against the defendant Michael Smith in accordance with the provisions of rule 55 (b) (2), Federal Rules of Civil Procedure, and in support thereof shows the court the following.

1. Defendant failed to respond in the time required.

As evidenced by the summons served on July 9th 2025 (doc 47) the defendant has failed to timely file their answer in the required time limit allowed.

1

## PRAYER

WHEREFORE, plaintiff prays that this clerk of court enters an order of default against the defendant.

## AFFIDAVIT

I, George Douglas Metz II do hereby certify that the statements and allegations set forth in the foregoing motion are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

*[signature]*

GEORGE D. METZ II

*[signature]*

George D Metz II Pro Se
15301 NW 188th St
Alachua FL 32615
352-446-8145
patriotdiscussions@gmail.com