UNITED STATES DISTRICT COURT

FOR DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| GEORGE D METZ II,  )  <br>  Plaintiff,  <br>  v. | ) CASE NO. 9:23-cv-06511 <br> ) <br> ) |
| MICHAEL SMITH, <br> Defendant. | **MOTION FOR DEFAULT JUDGEMENT** <br> ) <br> ) <br> ) |

Comes now the Plantiff George D. Metz II by and though himself in a pro se capcity to petition the court for a default judgement ruling against the defendant Michael Smith in accordance with the provisions of rule 55 (b) (2), Federal Rules of Civil Procedure, and in support thereof shows the court the following.

1. Defendant failed to respond in the time required.

As evidenced by the summons served on July 9th 2025 (doc 47) the defendant has failed to timely file their answer in the required time limit allowed.

1

2. I tried to settle this issue before I filed my suit, I gave them a notice of intent to sue. I asked for very little and the mayor refused to even consider it.

3. On the day the defendant went into default I called to ask the mayor if they planned to defend the suit, he stated that the defendant had a private lawyer and the city wasn't involved. Which is baffling considering he was an officer, on duty for the city at the time of the incident. Im unclear on why the mayor thinks the city is not responsible to indemnify their officers.

4. While some may say my rights being violated is trivial, as we know citizens rights are violated daily, however what isn't trivial is public employees ignoring the system we all agreed to remedy these disputes.

5. While I understand the court prefers to settle cases based on merit, we can see from the video evidence that no credible defense could be made. The only reasonable suspicion defendant could of had, would of been of a visitor having a better understanding of South Carolinas laws then him.

6. The defendant has not only violated my rights, but disrespected this court and the very system set up to remedy those violations.

## PRAYER

WHEREFORE, plaintiff prays that this court does not extend this tragic abuse of my rights and enters an order of default against the defendant for the amount requested.

## AFFIDAVIT

I, George Douglas Metz II do hereby certify that the statements and allegations set forth in the foregoing motion are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

GEORGE D. METZ II

George D Metz II-Pro Se
15301 NW 188th St
Alachua FL 32615
352-446-8145
patriotdiscussions@gmail.com

3